UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>ITT EDUCATIONAL SERVICES, INC., et al.,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 16-07207-JMC-7A<br><br>Jointly Administered |
| JORGE VILLALBA, JAMES ERIC BREWER, JOSHUA CAHILL, JUAN HINCAPIE, and CHERYL HOUSE, on their own behalf and on behalf of all other persons similarly situated,<br>                    Plaintiffs,<br><br>v.<br><br>ITT EDUCATIONAL SERVICES, INC., et al.,<br>                    Defendants. | Adv. Pro. No. 17-50003 |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

On January 3, 2017, Jorge Villalba, James Eric Brewer, Joshua Cahill, Juan Hincapie, and Cheryl House (the "Class Representatives"), on behalf of themselves individually and the Settlement Class (collectively, the "Student Claimants") filed a class action adversary complaint

1

(the "Complaint") in this Court [Adversary No. 17-50003] (Doc. No. 1), and class proofs of claim against each of the Affiliated Debtors [Claim Nos. 284, 347 and 1285]. On January 3, 2018, the Trustee filed a Motion for Authority to Enter into Settlement of Student Class Action ("Settlement") (Doc. No. 2290), and on January 25, 2018, this Court entered a Preliminary Approval Order granting preliminary approval of the Settlement (Doc. No. 2350). On November 30, 2018, the Court entered the Final Order granting final approval of the Settlement between the Trustee and the Student Claimants (Doc. No. 3079). The Final Order became effective on March 5, 2019. Pursuant to the Final Order, Fed. R. Civ. P. 41(a)(1)(A)(i), and Fed. R. Bankr. P. 7041, the Student Claimants dismiss this action with prejudice.

Date: March 15, 2019                                Respectfully submitted,

/s/ Eileen M. Connor
Eileen M. Connor (*pro hac vice*)
Toby R. Merrill (*pro hac vice*)
Victoria Roytenberg (*pro hac vice*)
Stephen J. Emedi (*pro hac vice*)
**LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL**
122 Boylston Street
Jamaica Plain, MA 02130
Phone: (617) 390-2528
Facsimile: (617) 522-0715

Catherine Steege
Melissa Root
**JENNER & BLOCK**
353 N. Clark Street
Chicago, IL 60654
Phone: (312) 222-9350
Facsimile: (312) 840-7352

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, a copy of the foregoing *Notice of Dismissal of Adversary Proceeding with Prejudice* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Eileen Connor   econnor@law.harvard.edu
U.S. Trustee   ustpregion10.in.ecf@usdoj.gov

I further certify that on March 15, 2019, a copy of the foregoing *Notice of Dismissal of Adversary Proceeding with Prejudice* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

None.

/s/ Eileen M. Connor
Eileen M. Connor